IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KYLE SMITH,** *individually and on behalf of all others similarly situated,* <br> **Plaintiff,** <br><br> v. <br><br> **TEMPLE UNIVERSITY,** <br> **Defendant.** | **CIVIL ACTION NO. 18-590** |

FILED
MAY 14 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW,** this 14th day of May 2018, upon consideration of the Amended Complaint filed by Plaintiff [Doc. Nos. 18, 19], it is hereby **ORDERED** that the Motion to Dismiss the Complaint [Doc. No. 13] and the Motion to Strike the Class Action Allegations in the Complaint [Doc. No. 14] are **DISMISSED AS MOOT.**

It is so **ORDERED.**

BY THE COURT:

*/s/ Cynthia M. Rufe, J.*
CYNTHIA M. RUFE, J.