UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KYLE SMITH, IBRAHIM FETAHI, SHAWN WYNN, ARA SARDARBEGIANS, RYAN FINK, CHRISTOPHER HAMILTON, JOHN THOMPSON, BRETT BONDS**, **JEFF FONDA, IJANAE JACKSON**, **THOMAS CATLETT**, and **ERIC WEINBERG; individually, and on behalf of others similarly situated,**<br><br>Plaintiffs,<br>vs.<br><br>**TEMPLE UNIVERSITY,**<br><br>Defendant. | 2:18-cv-00590-CMR<br><br>CLASS ACTION |

**PLAINTIFFS' UNCONTESTED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENTS**

Plaintiffs, through their undersigned counsel, respectfully file this Motion for Preliminary Approval of Class Action Settlements pursuant to Federal Rule of Civil Procedure 23(e)(1), and move the Court for an Order: (i) granting preliminary approval of the proposed settlements; (ii) certifying two Settlement Classes for settlement purposes; (iii) appointing Blau Leonard Law Group LLC and Brown, LLC as Co-lead Counsel for the two Settlement Classes and George Bochetto of Bochetto & Lentz as counsel for the EMBA students; (iv) appointing Angeion Group, LLC as the Settlement Administrator for the two Settlement Classes.

This Motion is supported by the accompanying Memorandum of Law. Pursuant to the terms of the Settlement Agreements, Defendant does not oppose this Motion.

A proposed Order is submitted for the Court's consideration.

1

Dated: December 21, 2018

>Respectfully Submitted,
>
>By: /s/ Jason Brown
>Jason T. Brown
>BROWN, LLC
>111 Town Square Place
>Suite 400
>Jersey City, NJ 07310
>Telephone: (877) 561-0000
>Facsimile: (855) 582-5297
>jtb@jtblawgroup.com
>
>    -and-
>
>BLAU LEONARD LAW GROUP LLC
>Steven Bennett Blau
>Shelly A. Leonard
>23 Green Street, Suite 303
>Huntington, NY 11743
>Telephone: 631-458-1010
>Facsimile: (631) 458-1011
>sblau@blauleonardlaw.com
>sleonard@blauleonardlaw.com
>
>*Attorneys for Plaintiffs*
>
>    -and-
>
>BOCHETTO & LENTZ
>George Bochetto
>1524 Locust Street
>Philadelphia, PA 19102
>Tel: (215) 735-3900
>gbochetto@bochettoandlentz.com
>
>*Additional Attorneys for EMBA students in the Settlement Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel of record through the Court's ECF system this 21st day of December 2018.

/s/ Jason T. Brown
Jason T. Brown