IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KYLE SMITH, IBRAHIM FETAHI, SHAWN WYNN, ARA SARDARBEGIANS, RYAN FINK, CHRISTOPHER HAMILTON, JOHN THOMPSON, BRETT BONDS**, **JEFF FONDA, IJANAE JACKSON**, **THOMAS CATLETT**, and **ERIC WEINBERG;** individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**TEMPLE UNIVERSITY,**<br><br>Defendant. | 2:18-cv-00590-CMR<br><br>CLASS ACTION |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF THE CLASS SETTLEMENTS**

Pursuant to Fed. R. Civ. P. 23(e), Plaintiffs, through their undersigned counsel, respectfully file this Motion for Final Approval of the Class Settlements. This Motion is supported by the accompanying Memorandum of Law.

Pursuant to the Court's Order date March 11, 2019 [ECF No. 41], Plaintiffs will submit a Proposed Final Approval Order with a complete list of all Settlement Class Members who have timely opted-out of the Class Action Settlements no later than August 2, 2019.

Dated: May 10, 2019

Respectfully submitted,

| | |
|---|---|
| BROWN, LLC | BLAU LEONARD LAW GROUP LLC |
| Jason T. Brown | Steven Bennett Blau |
| 111 Town Square Place, Suite 400 | Shelly A. Leonard |
| Jersey City, NJ 07310 | 23 Green Street, Suite 303 |
| Telephone: (877) 561-0000 | Huntington, NY 11743 |
| Facsimile: (855) 582-5297 | Telephone: (631)458-1010 |
| jtb@jtblawgroup.com | Facsimile: (631) 458-1011 |
| | sblau@blauleonardlaw.com |
| | sleonard@blauleonardlaw.com |

*Co-Lead Counsel for the OMBA Settlement Class*
*and the Other Fox Programs Settlement Class*

BOCHETTO & LENTZ
George Bochetto
1524 Locust Street
Philadelphia, PA 19102
Telephone: (215) 735-3900
Facsimile: (215) 735-2455
gbochetto@bochettoandlentz.com

*Additional Attorneys for EMBA students in the*
*Other Fox Programs Settlement Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel of record through the Court's ECF system this 10th day of May 2019.

/s/ Jason T. Brown
Jason T. Brown